JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TERRENCE HAWKINS,<br><br>Petitioner,<br><br>v.<br><br>DAVID KAO,<br><br>Respondent. | No. ED CV 22-01185-FWS (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

Date: December 8, 2022

_____
FRED W. SLAUGHTER
United States District Judge